UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE RAMON AMARAL PULIDO,          )<br>                                    )<br>        Petitioner,                 )      Case No. 2:17-cv-01942-RFB-NJK<br>                                    )<br>v.                                  )      ORDER<br>                                    )<br>ANA LAURA BRINGAS FERNANDEZ,        )<br>                                    )<br>        Respondents.                )<br>_____) | |

Pending before the Court is Petitioner's Petition for return of child filed pursuant to the Hague Convention on Civil Aspects of International Child Abduction ("Hague Convention"). Docket No. 1. In particular, Petitioner seeks the return of his minor child to Mexico. *Id.* The Court understands Petitioner to be requesting that the Court promptly schedule a case-management conference. *See id.* at ¶ 25. Given that Hague Convention cases for the return of minor children must be handled on an expedited basis, the Court **SETS** a case-management conference for **9:00 a.m. on August 4, 2017**, in Courtroom 3C. At the case-management conference, the parties should be prepared to discuss the following topics:

- the children's current location and living situation;
- whether a discovery plan should be adopted;
- the substantive issues likely to be raised in this case;
- how the parties intend to present evidence (e.g., by telephone, declaration or affidavits, or live testimony); and
- whether this case would be appropriate for mediation.

Petitioner also seeks an order directing law enforcement officers to physically secure the minor child pending resolution of this matter. *See id.* at ¶ 24. Respondent's deadlines to answer or otherwise respond to the petition have not yet passed, Respondent has not otherwise appeared in this case, and Petitioner has not provided the Court with the child's address. The Court therefore will defer action on this request at this time and will entertain argument on this request at the case-management conference on August 4, 2017.

IT IS THEREFORE ORDERED that a case-management conference is set for 9:00 a.m. on August 4, 2017, in Courtroom 3C, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

IT IS FURTHER ORDERED that Respondent Ana Laura Bringas Fernandez must attend the case-management conference in person and may also have an attorney appear with her. If Respondent is unable to obtain private counsel, Respondent may wish to contact an organization such as the State Bar of Nevada Lawyer Referral and Information Service.[1]

IT IS FURTHER ORDERED that Petitioner must serve a copy of this Order on Respondent and file proof of that service by July 28, 2017.

DATED: July 21, 2017

**Nancy J. Koppe**  
**United States Magistrate Judge**

---

[1] If Respondent is unable to afford counsel and because Petitioner is already represented by Nevada Legal Services, Respondent may also file a request for the appointment of a Federal Public Defender.