# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE RAMON AMARAL PULICO, | Case No. 2:17-cv-01942-RFB-NJK |
| Petitioner, | ORDER |
| vs. | (Docket No. 15) |
| ANA LAURA BRINGAS FERNANDEZ, | |
| Respondent. | |

Pending before the Court is Petitioner's counsel's motion to withdraw as counsel. Docket No. 15. The Court **SETS** a hearing on this motion for September 11, 2017, at 11:00 a.m., in Courtroom 3B. Petitioner's counsel and Respondent's counsel shall appear at the hearing in person. Petitioner shall appear at the hearing telephonically. Petitioner shall call the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited. **THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS**. Petitioner's counsel shall serve Petitioner with this order via e-mail no later than September 9, 2017, and shall file a proof of service.

IT IS SO ORDERED.

DATED: September 8, 2017.

NANCY J. KOPPE
United States Magistrate Judge