# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE RAMON AMARAL PULIDO,<br><br>          Petitioner,<br><br>vs.<br><br>ANA LAURA BRINGAS FERNANDEZ,<br><br>          Respondent. | Case No. 2:17-cv-01942-RFB-NJK<br><br>ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY<br><br>(Docket No. 15) |

Pending before the Court is Petitioner's counsel's motion to withdraw as attorney. Docket No. 15. The Court held a hearing on this motion on September 11, 2017, and heard representations from both Petitioner and his counsel. Docket No. 20. For good cause shown, the Court hereby **GRANTS** the motion. Docket No. 15.

Petitioner is **ORDERED** to file, no later than October 20, 2017, either notice of intent to proceed *pro se*, or the entry of appearance by new counsel. No later than September 21, 2017, Mr. Olshan is **ORDERED** to serve Petitioner with a copy of this order and file a certificate of service on the docket. The Clerk's Office is **INSTRUCTED** to update the docket to include Petitioner's address of Pasas De Roble 37, Zapopan, Jalisco, Mexico, 45037, and his e-mail address of Moncho_gdl@yahoo.com.mx on the service list.

IT IS SO ORDERED.

DATED: September 19, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge