IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSE RAMON AMARAL PULIDO, )
)
        Petitioner, )
vs. ) Case No.: 2:17-cv-01942-RFB-NJK
)
ANA LAURA BRINGAS FERNANDEZ, )
)
        Respondent. )
)
)
)

## ORDER GRANTING STIPULATION TO CONTINUE TRIAL

Pending before the Court is the parties' stipulation to continue the trial in this case, currently set for November 28, 2017. For good cause shown, the Court grants the Stipulation. The trial is continued to December 11, 2017, at 9:00 a.m., in Courtroom 3C.

IT IS FURTHER ORDERED that no later than December 4, 2017, the parties shall file their pre-hearing briefs and exhibit lists. Both Petitioner and Respondent must be physically present in the courtroom at the trial.

IT IS SO ORDERED this 21 day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:                          Approved as to form and content:

*/s/Emily McFarling*                  */s/Patrick Driscoll*
Emily McFarling, Esq.                Patrick Driscoll, Jr., Esq.
Nevada Bar Number 8567            Nevada Bar Number 010877
Attorney for Petitioner                Attorney for Respondent