THE LAW OFFICES OF PATRICK DRISCOLL, LLC
PATRICK R. DRISCOLL, JR., ESQ.
Nevada Bar No. 010877
3333 E. Serene, Suite 150
Henderson, NV 89074
Telephone: (702) 388-8300
Facsimile: (702) 664-6358
Email: pdriscoll@patrickdriscolllaw.com
Counsel for Respondent

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JOSE RAMON AMARAL PULIDO

Petition

v.

ANA LAURA BRINGAS FERNANDEZ,

Respondent

In Re: D.A.A.B, a minor.

CASE NO. **2:17-CV-01942-RFB-NJK**

## **STIPULATION AND ORDER TO CONTINUE HEARING**

IT IS HEREBY STIPULATED and AGREED, by and between Jose Ramon Amaral Pulido by and through his attorney, Emily McFarling, Esq., and Ana Laura Bringas Fernandez, by and through her attorney, Patrick R. Driscoll, Esq. that the Evidentiary Hearing currently scheduled for December 11, 2017 may be continued.

. . .

. . .

This matter is scheduled for an Evidentiary Hearing on December 11, 2017 and it needs to be continued as the parties are attempting to settle this matter.

This matter may be continued to a time convenient to the court after January 15, 2018 at the court's convenience to _____.

| | |
|---|---|
| THE LAW OFFICES OF PATRICK DRISCOLL, LLC | MCFARLING LAW GROUP |
| /s/ PATRICK DRISCOLL, ESQ. | /s/Emily McFarling |
| PATRICK DRISCOLL., ESQ.<br>Nevada Bar No. 10877<br>3333 E. Serene Avenue Suite 150<br>Henderson, NV 89074<br>Tel: (702) 388-8300<br>Fax (702) 664-6358<br>Attorney for Respondent | EMILY MCFARLING ESQ.<br>Nevada Bar No. 008567<br>6230 West Desert Inn Road<br>Las Vegas, NV 89146<br>(702) 565-4335<br>Attorney for Petitioner |

**ORDER**

For good cause shown, the Court grants the Stipulation. The hearing is continued to January 31, 2018, at 10:00 a.m., in Courtroom 3A.

IT IS FURTHER ORDERED that no later than January 19, 2018, the parties shall file their pre-hearing briefs and exhibit lists. Both Petitioner and Respondent must be physically present in the courtroom at the trial.

NO FURTHER CONTINUANCES WILL BE GRANTED.

IT IS SO ORDERED.

DATED: December 5, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

THE LAW OFFICES OF PATRICK DRISCOLL, LLC
3333 E. Serene, Suite 150
Henderson, NV 89074
(702) 388-8300