# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOSE RAMON AMARAL PULIDO,

                      Petitioner,

  vs.

ANA LAURA BRINGAS
FERNANDEZ,

                  Respondent.

Case No.: 2:17-cv-01942-RFB-NJK

## STIPULATION TO DISMISS

COMES NOW, Petitioner, Jose Ramon Amaral Pulido, by and through his attorney of record, Emily McFarling, Esq. and Respondent, Ana Laura Bringas Fernandez, by and through her attorney of record, Patrick Driscoll Esq., and stipulate and agree to the following:

THE PARTIES HEREBY AGREE the above-entitled action will be dismissed, as the parties have resolved all outstanding issues and will enter their agreement in a family case that will be filed in the Eighth Judicial District Court, in Clark County Nevada.

///

///

///

///

THE PARTIES FURTHER AGREE the trial set for January 31, 2018, at 10:00 a.m. will be vacated and the case will be closed with the Order granting this Stipulation.

DATED 01/19/18.                                DATED 01/19/18.

**MCFARLING LAW GROUP**

*/s/Emily McFarling*                           */s/Patrick Driscoll*
Emily McFarling, Esq.                          Patrick Driscoll, Jr., Esq.
Nevada Bar Number 8567                         Nevada Bar Number 010877
6230 W. Desert Inn Road                        3333 E. Serene, Ste. 150
Las Vegas, NV 89146                            Henderson, NV 89074
(702) 565-4335                                 (702) 388-8300
Attorney for Plaintiff,                        Attorney for Defendant,
Jose Ramon Amaral Pulido                       Ana Laura Bringas Fernandez

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOSE RAMON AMARAL PULIDO, )
                Petitioner, )
  vs. )    Case No.: 2:17-cv-01942-RFB-NJK
ANA LAURA BRINGAS )
FERNANDEZ, )
             Respondent. )
                    )
                    )

## ORDER OF DISMISSAL

**BASED ON THE PARTIES' STIPULATION TO DISMISS** and good cause appearing therefrom:

**IT IS HEREBY ORDERED** the trial set for January 31, 2018, at 10:00 a.m. is vacated.

///

///

///

///

///

///

///

///

**IT IS FURTHER ORDERED** the above-entitled action is hereby dismissed, and the case is closed upon the entry of this Order.

IT IS SO ORDERED this 22nd of January, 2018.

RICHARD F. BOULWARE, II
United States District Judge

Submitted by:                          Approved as to form and content:

**MCFARLING LAW GROUP**

/s/Emily McFarling                     /s/Patrick Driscoll
Emily McFarling, Esq.                  Patrick Driscoll, Jr., Esq.
Nevada Bar Number 8567                 Nevada Bar Number 010877
6230 W. Desert Inn Road                3333 E. Serene, Ste. 150
Las Vegas, NV 89146                    Henderson, NV 89074
(702) 565-4335                         (702) 388-8300
Attorney for Plaintiff,                Attorney for Defendant,
Jose Ramon Amaral Pulido               Ana Laura Bringas Fernandez